UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SA CV 12-01751 SJO | Date | December 19, 2012 |
|---|---|---|---|
| Title | In Re Timothy Lee Hirou  Bankruptcy Court case number: 8:12-bk-18372 | | |

Present: The Honorable   S. JAMES OTERO

| Victor Paul Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

           not present                                              not present

**Proceedings:**   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Appellant is hereby ordered to show cause in writing by not later than **January 3, 2013** why this action should not be dismissed for lack of prosecution.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Compliance with the District Court's Notice Regarding Appeal from Bankruptcy Court.

Each party must comply with all applicable rules of the Federal Rules of Bankruptcy Procedure. As provided in said rules, within fourteen days after filing the notice of appeal, appellant must file the following:

**A designation of record**
**A statement of issues on appeal**
**A notice regarding the ordering of transcripts.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the court's Order may result in the dismissal of the action.

                                                                                                           :
                                                       Initials of Preparer           vpc